BERGER A. OLSEN, Respondent, *v.* NEWARK MEADOWS IMPROVEMENT COMPANY, Appellant.

*Olsen* v. *Newark Meadows Improvement Co.*, 142 App. Div. 899, affirmed.

(Argued May 17, 1912; decided June 4, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered December 8, 1910, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant, his employer.

*Bertrand L. Pettigrew* and *Walter Lester Glenney* for appellant.

*Martin T. Manton* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.